# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 21-2127V
**(not to be published)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| MARLON T. YOUNG, | Special Master Katherine E. Oler |
| Petitioner, | |
| v. | Filed: April 9, 2024 |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | Order Concluding Proceedings; Vaccine Rule 21(a). |
| Respondent. | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | |

*Scott Taylor*, Urban & Taylor, S.C., Milwaukee, WI, for Petitioner
*Austin Egan*, U.S. Department of Justice, Washington, DC, for Respondent

## ORDER CONCLUDING PROCEEDINGS[1]

On April 9, 2024, pursuant to Vaccine Rule 21(a)(1)(B), the parties filed a joint stipulation stating that the above-captioned case should be dismissed. ECF No. 32.

Accordingly, pursuant to Vaccine Rule 21(a)(3), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

Any questions regarding this Order may be directed to my law clerk, Sydney Lee, by telephone at 202-357-6347, or by email at Sydney_Lee@cfc.uscourts.gov.

**IT IS SO ORDERED.**

**s/ Katherine E. Oler**
Katherine E. Oler
Special Master

---

[1] This Order will be posted on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, 44 U.S.C. § 3501 (2012). **This means the Order will be available to anyone with access to the internet**. As provided in 42 U.S.C. § 300aa-12(d)(4)(B), however, the parties may object to the Order's inclusion of certain kinds of confidential information. To do so, each party may, within 14 days, request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). Otherwise, this Order will be available to the public in its present form. *Id.*